UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-235 ECT/LIB

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | 18 U.S.C. § 113(a)(3) |
| | 18 U.S.C. § 113(a)(6) |
| v. | 18 U.S.C. § 1151 |
| | 18 U.S.C. § 1153(a) |
| SEAN JOSEPH BEAULIEU, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assault with a Dangerous Weapon)

On or about June 20, 2020, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**SEAN JOSEPH BEAULIEU,**

an Indian, did assault victim J.M. with a dangerous weapon, namely a knife, with intent to do bodily harm, all in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153(a).

### COUNT 2
(Assault Resulting in Serious Bodily Injury)

On or about June 20, 2020, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**SEAN JOSEPH BEAULIEU,**

an Indian, did assault victim J.M. resulting in serious bodily injury, all in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153(a).

SCANNED
OCT 21 2020
U.S. DISTRICT COURT MPLS

United States v. Sean Joseph Beaulieu

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON