UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 20-cv-235 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Sean Joseph Beaulieu, | |
| Defendant. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on July 21, 2021.  ECF No. 51.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* 28 U.S.C. § 636(b)(1)(A); Local Rule 72.2(b)(3).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 51] is **ACCEPTED**.

2. Defendant's Motion to Suppress Statements, Admissions and Answers [ECF No. 27] is **DENIED**.

Dated:  August 26, 2021          s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court